AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Credit Control Services INC. d/b/a Credit Collection Services
was received by me on *(date)* 11-27-24 .

☑ I personally served the summons on the individual at *(place)* CT Corporation System 208 SO Lasalle St, Suite 814 Chicago, IL 60604 on *(date)* 11-22-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 7.16 for travel and $ _____ for services, for a total of $ 7.16 .

I declare under penalty of perjury that this information is true.

Date: Dec 3, 2024

*Server's signature*

Michael Williams
*Printed name and title*

**FILED**
DEC 03 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1130 S Canal #1240 Chicago, IL 60607
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Michael A Williams

*Plaintiff(s)*

v.

CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION SERVICES

*Defendant(s)*

Civil Action No. **1:24-cv-11846**
Judge Georgia N Alexakis
Magistrate Judge Jeffrey Cole
RANDOM / Cat. 2

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION SERVICES

(Registered Agent)
C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A Williams

1130 s canal #1240
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/18/24

L. McGarr

*Signature of Clerk or Deputy Clerk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Credit Control Services, INC. d/b/a
Credit Collection Services
CT Corporation System
208 SO LaSalle St, Suite 814
Chicago, IL 60604

9590 9402 8722 3310 9357 33

2. Article Number (Transfer from service label)

9589 0710 5270 1815 6044 73

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
NOV 2 7 2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 8722 3310 9357 33

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Case: 1:24-cv-11846 Document #: 6 Filed: 12/03/24 Page 4 of 4 PageID #:2

Sender: Please print your name, address, and ZIP+4® in this box

Michael A Williams
1130 S Canal #1240
Chicago, IL 60607

iPostal **MAIL ID#**
M35783